**Motion Granted; Order filed April 25, 2013**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-13-00241-CV

———————

**WATTS WATER TECHNOLOGIES, INC., Appellant**

**V.**

**TEXAS FARMERS INSURANCE COMPANY, A/S/O
ALBERT H. WATTS, JR., Appellee**

---

**On Appeal from the 127th District Court
Harris County, Texas
Trial Court Cause No. 2012-27195**

---

## ORDER

This is an interlocutory appeal from an order denying appellant's motion to compel arbitration signed February 20, 2013. *See* Tex. Civ. Prac. & Rem. Code §§ 51.016, 171.098. On April 10, 2013, appellant filed a motion to stay trial court proceedings pending resolution of this appeal. *See* Tex. R. App. P. 29.3.

On April 19, 2013, appellee filed a response to the motion stating that it is unopposed to the requested relief.

We therefore **GRANT** appellant's motion and **ORDER** all proceedings in the trial court **STAYED** until a final decision by this court on this interlocutory appeal, or until further order of this court.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Frost and Donovan.